

### Helen F. Dalton and Associates, P.C.
### Attorneys at Law

The Personal Injury & Labor Law Attorneys

## LABOR LAW RETAINER AGREEMENT

1) The undersigned, __Freddy Arevalo__, hereby retains Helen F. Dalton & Associates, P.C. to prosecute labor law violations, and gives them the exclusive right to make all legal steps to enforce said claims and further authorizes all checks to be endorsed and deposited into an escrow account pending distribution.

2) In consideration of the services rendered and to be rendered by them, the undersigned agrees to pay Helen F. Dalton & Associates, P.C. and authorizes them to retain out of the monies that may come into their hands, whether recovered by settlement, judgment, or otherwise 33 & 1/3 % (1/3) of the gross recovery after deducting costs and expenses associated with prosecuting the case.

3) In the case of a judgment, the court might decide to grant our attorney's fees on an hourly basis. In that case, our fees for professional services will be calculated based upon the time spent on the matter during the duration of the case multiplied by our hourly rate which has been previously approved by the Court.

4) At the conclusion of the case, if we are unsuccessful in obtaining any monetary award or settlement on your behalf, you do not owe Helen F. Dalton & Associates, P.C. any fees, expenses, or costs.

5) If you terminate our services prior to our reaching a settlement or judgment on your behalf you agree to pay all outstanding fees and expenses based on the actual time Helen F. Dalton & Associates, P.C. spent on your case up to the date of ending those services.

6) I have read this entire content and have had the opportunity to ask questions as to its meaning. This contract contains the whole agreement between us concerning our relationship with each other and our legal fees and expenses. There will not be changes unless we both agree and sign any changes.

__Freddy Arevalo__     X __Freddy Arevalo__     __10/30/2020__
Print Name                  Sign Name                    Date



# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

*The Personal Injury & Labor Law Attorneys*

### LABOR LAW RETAINER AGREEMENT

1) The undersigned, __Mariano Zalaya__, hereby retains Helen F. Dalton & Associates, P.C. to prosecute labor law violations, and gives them the exclusive right to make all legal steps to enforce said claims and further authorizes all checks to be endorsed and deposited into an escrow account pending distribution.

2) In consideration of the services rendered and to be rendered by them, the undersigned agrees to pay Helen F. Dalton & Associates, P.C. and authorizes them to retain out of the monies that may come into their hands, whether recovered by settlement, judgment, or otherwise 33 & 1/3 % (1/3) of the gross recovery after deducting costs and expenses associated with prosecuting the case.

3) In the case of a judgment, the court might decide to grant our attorney's fees on an hourly basis. In that case, our fees for professional services will be calculated based upon the time spent on the matter during the duration of the case multiplied by our hourly rate which has been previously approved by the Court.

4) At the conclusion of the case, if we are unsuccessful in obtaining any monetary award or settlement on your behalf, you do not owe Helen F. Dalton & Associates, P.C. any fees, expenses, or costs.

5) If you terminate our services prior to our reaching a settlement or judgment on your behalf you agree to pay all outstanding fees and expenses based on the actual time Helen F. Dalton & Associates, P.C. spent on your case up to the date of ending those services.

6) I have read this entire content and have had the opportunity to ask questions as to its meaning. This contract contains the whole agreement between us concerning our relationship with each other and our legal fees and expenses. There will not be changes unless we both agree and sign any changes.

_Mariano Zalaya_  _[signature]_  10/30/2020
Print Name  Sign Name  Date